# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § § § | 1:21-cv-298-HSO<br>1:18-cr-159-HSO-RHWR-1 |
| **DAVID STEVE FIELDS** | § § § | |

## FINAL JUDGMENT OF DISMISSAL

**BEFORE THE COURT** is Defendant David Steve Fields's Motion [75] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255.  For the reasons given in the Memorandum Opinion and Order denying Defendant's Motion [75] to Vacate, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 18th day of January, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE